UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICHARD STECK, Individually and on Behalf :
of All Others Similarly Situated,                          :      14-cv-6942 (JPO)
                                                           :
                        Plaintiff,                         :      **NOTICE OF APPEARANCE**
                                                           :
      v.                                                   :
                                                           :
SANTANDER CONSUMER USA HOLDINGS :
INC., THOMAS G. DUNDON, JASON                              :
KULAS, JUAN CARLOS ALVAREZ,                                :
ROMAN BLANCO, GONZALO DE LAS                               :
HERAS, STEPHEN A. FERRISS, MATTHEW :
KABAKER, TAGAR OLSON, ALBERTO                              :
SÁNCHEZ, JAVIER SAN FELIX, JUAN                            :
ANDRES YANES, DANIEL ZILBERMAN,                            :
CITIGROUP GLOBAL MARKETS INC., J.P.                        :
MORGAN SECURITIES LLC, MERRILL                             :
LYNCH, PIERCE, FENNER & SMITH                              :
INCORPORATED, DEUTSCHE BANK                                :
SECURITIES INC., SANTANDER                                 :
INVESTMENT SECURITIES INC.,                                :
BARCLAYS CAPITAL INC., GOLDMAN,                            :
SACHS & CO., MORGAN STANLEY & CO.                          :
LLC, RBC CAPITAL MARKETS, LLC, BMO                         :
CAPITAL MARKETS CORP., CREDIT                              :
SUISSE SECURITIES (USA) LLC, UBS                           :
SECURITIES LLC, WELLS FARGO                                :
SECURITIES, LLC, KKR CAPITAL                               :
MARKETS LLC, SANDLER O'NEILL &                             :
PARTNERS, L.P., STEPHENS INC. and                          :
LOYAL3 SECURITIES, INC.,                                   :
                                                           :
                        Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Please take notice that the undersigned, counsel at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for defendants Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Santander Investment Securities Inc., Barclays Capital Inc., Goldman, Sachs & Co., Morgan Stanley & Co. LLC, RBC Capital Markets, LLC, BMO Capital Markets Corp., Credit Suisse Securities (USA) LLC, UBS

Securities LLC, Wells Fargo Securities, LLC, KKR Capital Markets LLC, Sandler O'Neill & Partners, L.P., Stephens Inc. and Loyal3 Securities, Inc. (collectively, the "Underwriter Defendants").

Dated: New York, New York
October 15, 2014

/s/ Gary J. Hacker
Gary J. Hacker
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000
gary.hacker@skadden.com

Attorneys for the Underwriter Defendants