**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD STECK, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

   v.

SANTANDER CONSUMER USA HOLDINGS INC., THOMAS G. DUNDON, JASON KULAS, JUAN CARLOS ALVAREZ, ROMAN BLANCO, GONZALO DE LAS HERAS, STEPHEN A. FERRISS, MATTHEW KABAKER, TAGAR OLSON, ALBERTO SÁNCHEZ, JAVIER SAN FELIX, JUAN ANDRES YANES, DANIEL ZILBERMAN, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., SANTANDER INVESTMENT SECURITIES INC., BARCLAYS CAPITAL INC., GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, RBC CAPITAL MARKETS, LLC, BMO CAPITAL MARKETS CORP., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, WELLS FARGO SECURITIES, LLC, KKR CAPITAL MARKETS LLC, SANDLER O'NEILL & PARTNERS, L.P., STEPHENS INC. and LOYAL3 SECURITIES, INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

14-cv-6942 (JPO)

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Santander Consumer USA Holdings Inc. ("SCUSA") hereby discloses that SCUSA is a subsidiary of Santander Holdings USA, Inc., which is in turn a wholly-owned subsidiary of Banco Santander, S.A., the parent corporation and public corporation that owns 10% or more of SCUSA's stock.

-2-

Dated:  New York, New York
        October 16, 2014

                                               Stephen R. DiPrima
                                               WACHTELL, LIPTON, ROSEN & KATZ
                                               51 West 52nd Street
                                               New York, New York  10019
                                               (212) 403-1382
                                               SRDiPrima@wlrk.com

*Attorneys for Santander Consumer USA Holdings Inc.*