**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RICHARD STECK, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff*,

v.

SANTANDER CONSUMER USA HOLDINGS INC., THOMAS G. DUNDON, JASON A. KULAS, JUAN CARLOS ALVAREZ, ROMAN BLANCO, GONZALO DE LAS HERAS, STEPHEN A. FERRISS, MATTHEW KABAKER, TAGAR C. OLSON, ALBERTO SÁNCHEZ, JAVIER SAN FELIX, JUAN ANDRES YANES, DANIEL ZILBERMAN, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DEUTSCHE BANK SECURITIES INC., SANTANDER INVESTMENT SECURITIES INC., BARCLAYS CAPITAL INC., GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. LLC, RBC CAPITAL MARKETS, LLC, BMO CAPITAL MARKETS CORP., CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, WELLS FARGO SECURITIES, LLC, KKR CAPITAL MARKETS LLC, SANDLER O'NEILL + PARTNERS, L.P., STEPHENS INC., and LOYAL3 SECURITIES, INC.,

*Defendants*.

Case No. 14-cv-6942 (JPO)

# DEFENDANTS' MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)

**PLEASE TAKE NOTICE** that Defendants Santander Consumer USA Holdings Inc., Thomas G. Dundon, Jason A. Kulas, Gonzalo de Las Heras, Alberto Sánchez, Matthew Kabaker, Tagar C. Olson, Daniel Zilberman, Javier San Felix, Roman Blanco, Stephen A. Ferriss, Juan Carlos Alvarez, Juan Andres Yanes, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Santander Investment Securities Inc., Barclays Capital Inc., Goldman, Sachs & Co., Morgan Stanley & Co. LLC, RBS Capital Markets, LLC, BMO Capital Markets Corp., Credit Suisse Securities (USA) LLC, UBS Securities LLC, Wells Fargo Securities, LLC, KKR Capital Markets LLC, Sandler O'Neill + Partners, L.P., Stephens Inc., and LOYAL3 Securities, Inc. (collectively, "Defendants") hereby move before the Honorable J. Paul Oetken of the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. § 1404(a), transferring the above-captioned action to the United States District Court for the Northern District of Texas and granting such further and other relief as this Court deems just and proper. Defendants submit the accompanying Declaration of Roger Pauner dated November 6, 2014 and Memorandum of Law in support of their motion.

Dated: November 6, 2014

Respectfully submitted,

Stephen R. DiPrima

Stephen R. DiPrima
David B. Anders
Lauren M. Kofke
Caitlin A. Donovan
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
212-403-1000 (telephone)
212-403-2000 (facsimile)

*Attorneys for Defendants Santander Consumer USA Holdings Inc., Thomas G. Dundon, Jason A. Kulas, Gonzalo de Las Heras, Alberto Sánchez, Matthew Kabaker, Tagar C. Olson, Daniel Zilberman, Javier San Felix, Roman Blanco, Stephen A. Ferriss, Juan Carlos Alvarez, and Juan Andres Yanes*

/s/ Jay B. Kasner

Jay B. Kasner
Susan L. Saltzstein
Gary J. Hacker
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
jay.kasner@skadden.com
susan.saltzstein@skadden.com
gary.hacker@skadden.com

*Attorneys for Defendants Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Deutsche Bank Securities Inc., Santander Investment Securities Inc., Barclays Capital Inc., Goldman, Sachs & Co., Morgan Stanley & Co. LLC, RBC Capital Markets, LLC, BMO Capital Markets Corp., Credit Suisse Securities (USA) LLC, UBS Securities LLC, Wells Fargo Securities, LLC, KKR Capital Markets LLC, Sandler O'Neill + Partners, L.P., Stephens Inc. and LOYAL3 Securities, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following counsel of record via facsimile and U.S. Mail in accordance with the Federal Rules of Civil Procedure on this 6th day of November, 2014:

Brian P. Murray
Casey E. Sadler
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, New York 10168
(212) 682-5340
glinkh@glancylaw.com

Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 201-9150

Howard G. Smith
Smith & Smith
3070 Bristol Pike
Bensalem, PA 19020
(215) 638-4848